In the Matter of BERTRAM H. GILMER, Individually and as President of CENTRAL NISKAYUNA HOME OWNERS ASSOCIATION, Appellant, et al., Petitioners, v. RICHARD C. FRITZ et al., Constituting the Town Board of the Town of Niskayuna, Respondents, and HALFMOON REALTY CORP., Intervenor-Respondent.— STALEY, JR., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.